IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 12-0714-CG-N |
| MIDWEST TOWERS, INC., HOUSTON CASUALTY COMPANY, RSUI INDEMNITY COMPANY, and BLACK & VEATCH CORPORATION, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

The plaintiff having filed a notice of dismissal with prejudice (Doc. 20), and as the defendants have filed no answers or motions for summary judgment, it is

**ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** this 14th day of February, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE